1  JULIAN HAMMOND (SBN 268489)
   jhammond@hammondlawpc.com
2  ADRIAN BARNES (SBN 253131)
   abarnes@hammondlawpc.com
3  ARI CHERNIAK (SBN 290071)
   acherniak@hammondlawpc.com
4  **HAMMOND LAW, P.C.**
   1201 Pacific Avenue, 6th Floor
5  Tacoma, WA 98402
   Tel.: (310) 601-6766
6  Fax.: (310) 295-2385

7  *Attorneys for Plaintiffs*

   **GOODWIN PROCTER LLP**
8  MARK DAVID MCPHERSON (SBN 307951)
   mmcpherson@goodwinlaw.com
9  620 Eighth Avenue
   New York, NY 10018
10 Tel.: 212.813.8869
   Fax.: 212.202.4582
11
   W. KYLE TAYMAN (pro hac vice application pending)
12 ktayman@goodwinlaw.com
   901 New York Avenue NW
13 Washington, DC 20001
   Tel.: 202.346.4000
14 Fax.: 202.346.4444

15 LAURA BRYS (SBN 242100)
   lbrys@goodwinlaw.com
16 601 S. Figueroa Street, 41st Floor
   Los Angeles, CA
17 Tel.: 213.426.2500
   Fax.: 213.623.1673
18
   *Attorneys for Defendants*

19

20                    **UNITED STATES DISTRICT COURT**

21             **CENTRAL DISTRICT OF CALIFORNIA: WESTERN DIVISION**

| | |
|---|---|
| 22  STEPHEN PLOTSKER and MICHAEL KLEEMANN, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-4412 |
| 24           Plaintiffs, | **STIPULATION TO CONVERT DECEMBER 5, 2024 MOTION HEARING FROM IN-PERSON TO ZOOM** |
| 25           v. | |
| 26  ENVATO PTY LTD and ENVATO ELEMENTS PTY LTD, | |
| 27           Defendants. | |
| 28 | |

1

1     Plaintiffs STEPHEN PLOTSKER and MICHAEL KLEEMANN ("Plaintiffs") and Defendants ENVATO PTY LTD. and ENVATO ELEMENTS PTY LTD. ("Envato," and together, with Plaintiffs, the "Parties"), through their undersigned counsel, stipulate as follows:

    WHEREAS, on August 9, 2024, Envato filed a Motion to Dismiss the First Amended Complaint and noted it for hearing on December 5, 2024. (ECF No. 23)

    WHEREAS, to conserve the Parties' resources, the Parties respectfully request that the Court convert the December 5, 2024 hearing from in-person to Zoom.

Respectfully submitted,

Dated: October 21, 2024     By:    /s/ Mark McPherson
MARK DAVID MCPHERSON
(SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8869
Fax.: 212.202.4582

W. KYLE TAYMAN (pro hac vice application pending)
ktayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444

LAURA BRYS (SBN 242100)
lbrys@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA
Tel.: 213.426.2500
Fax.: 213.623.1673

*Attorneys for Defendants*

|   |   |   |
|---|---|---|
| 1 | By: | /s/ Julian Hammond |

By: /s/ Julian Hammond
JULIAN HAMMOND (SBN 268489)
*jhammond@hammondlawpc.com*
ADRIAN BARNES (SBN 253131)
*abarnes@hammondlawpc.com*
ARI CHERNIAK (SBN 290071)
*acherniak@hammondlawpc.com*
**HAMMOND LAW, P.C.**
1201 Pacific Avenue, 6th Floor
Tacoma, WA 98402
Tel.: (310) 601-6766
Fax.: (310) 295-2385

*Attorneys for Plaintiffs*