**GOODWIN PROCTER LLP**
MARK DAVID MCPHERSON (SBN 307951)
*mmcpherson@goodwinlaw.com*
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8869
Fax.: 212.202.4582
W. KYLE TAYMAN (pro hac vice application pending)
*ktayman@goodwinlaw.com*
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444
LAURA BRYS (SBN 242100)
*lbrys@goodwinlaw.com*
601 S. Figueroa Street, 41st Floor
Los Angeles, CA
Tel.: 213.426.2500
Fax.: 213.623.1673
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

STEPHEN PLOTSKER and MICHAEL KLEEMANN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ENVATO PTY LTD and ENVATO ELEMENTS PTY LTD,

Defendants.

Case No. 2:24-cv-4412-MEMF-RAO

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Envato Pty Ltd And Envato Elements Pty Ltd ("Defendants") hereby submit this Notice of Supplemental Authority issued by the United States Court of Appeals for the Second Circuit on June 20, 2025, *Hughes v. National Football League*, No. 24-2656 (2d Cir. 2025) (summary order). A true and correct copy of the Second Circuit's opinion is attached hereto as Exhibit 1. The Second Circuit's opinion is relevant to the issues raised in Defendants' pending Motion to Dismiss.

Dated: June 24, 2025

Respectfully submitted,

**GOODWIN PROCTER LLP**

By: */s/ Mark David McPherson*

MARK DAVID MCPHERSON
*mmcpherson@goodwinlaw.com*
KYLE TAYMAN
*ktayman@goodwinlaw.com*
LAURA BRYS (SBN 242100)
*lbrys@goodwinlaw.com*

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on **June 24, 2025**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on **June 24, 2025**.

*/s/ Mark David McPherson*
MARK DAVID MCPHERSON