JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
**HAMMOND LAW, P.C.**
1201 Pacific Avenue, 6th Floor
Tacoma, WA 98402
Tel.: (310) 601-6766
Fax.: (310) 295-2385

*Attorneys for Plaintiffs*

**GOODWIN PROCTER LLP**
MARK DAVID MCPHERSON
(SBN 307951)
mmcpherson@goodwinlaw.com
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8869
Fax.: 212.202.4582

W. KYLE TAYMAN (*pro hac vice*)
ktayman@goodwinlaw.com
1900 N Street, N.W.
Washington, DC 20036
Tel.: 202.346.4000
Fax.: 202.346.4444

LAURA BRYS (SBN 242100)
lbrys@goodwinlaw.com
601 S. Figueroa Street, 41st Floor
Los Angeles, CA
Tel.: 213.426.2500
Fax.: 213.623.1673

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA: WESTERN DIVISION

| | |
|---|---|
| STEPHEN PLOTSKER and MICHAEL KLEEMANN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENVATO PTY LTD and ENVATO ELEMENTS PTY LTD,<br><br>Defendants. | Case No. 2:24-cv-4412<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Stephen Plotsker and Michael Kleeman ("Plaintiffs") and Defendants Envato Pty Ltd. and Envato Elements Pty Ltd. ("Envato," and together, with Plaintiffs, the "Parties"), through their undersigned counsel, give notice that the Parties have reached a settlement. The Parties anticipate that they will be able to file a stipulation and proposed order for dismissal within sixty (60) days.

1

Respectfully submitted,

Dated: October 23, 2025    By:    /s/ Mark David McPherson
MARK DAVID MCPHERSON (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: 212.813.8869
Fax.: 212.202.4582

W. KYLE TAYMAN (pro hac vice application pending)
ktayman@goodwinlaw.com
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036
Tel.: 202.346.4000
Fax.: 202.346.4444

LAURA BRYS (SBN 242100)
lbrys@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA
Tel.: 213.426.2500
Fax.: 213.623.1673

*Attorneys for Defendants*

Dated: October 23, 2025    By:    /s/Julian Hammond
JULIAN HAMMOND (SBN 268489)
jhammond@hammondlawpc.com
ARI CHERNIAK (SBN 290071)
acherniak@hammondlawpc.com
**HAMMOND LAW, P.C.**
1201 Pacific Avenue, 6th Floor
Tacoma, WA 98402
Tel.: (310) 601-6766
Fax.: (310) 295-2385

*Attorneys for Plaintiffs*

2

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Mark McPherson, hereby attest that all signatories on whose behalf of this filing is submitted concur in the filing's content and have authorized the filing.

By:  /s/ Mark David McPherson
    MARK DAVID MCPHERSON