UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-04412-MEMF-RAO          Date October 29, 2025

Title: Stephen Plotsker v. Envato Pty Ltd. et al

Present: The Honorable Maame Ewusi-Mensah Frimpong

| Damon Berry | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

N/A          N/A

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within ___ days. Make JS-6.

☒ Other  This case is closed by ECF No. 48.

☐ Entered _____.

Initials of Preparer   DBE