UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STEPHEN PLOTSKER and MICHAEL KLEEMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ENVATO PTY LTD.; ENVATO ELEMENTS PTY LTD.,<br><br>*Defendants*. | Case No. 2:24-cv-04412-MEMF-RAO |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and the settlement agreement negotiated and agreed to by the parties, Plaintiff Stephen Plotsker's claims and Plaintiff Michael Kleeman's claims are hereby voluntarily dismissed against Defendants Envato Pty Ltd. and Envato Elements Pty Ltd. **with prejudice**, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 22, 2025                Respectfully submitted,

By: */s/ Julian Hammond*

**HAMMONDLAW, P.C.**
Julian Hammond
1201 Pacific Ave, 6th Floor
Tacoma, WA 98402
Telephone: (310) 601-6766
Email: jhammond@hammondlawpc.com

*Attorneys for Plaintiffs*